

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00163-CR

The **STATE** of Texas,
Appellant

v.

Alejandro Rodolfo **TORRES TRINIDAD**,
Appellee

From the County Court at Law, Webb County, Texas
Trial Court No. 2022CRB000444L2
Honorable Leticia Martinez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, we REVERSE the trial court's order granting Alejandro Rodolfo Torres Trinidad's request for habeas relief, RENDER judgment dismissing Torres Trinidad's habeas application, and REINSTATE the information charging Torres Trinidad with the misdemeanor offense of criminal trespass.

SIGNED October 16, 2024.

_____
Lori Massey Brissette, Justice